UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cause No. 3:01-CR-27 RLM |
| | ) | |
| JUAN SOSA, | ) | |
| *also known as* Kevin Day | ) | |

OPINION AND ORDER

The court notes receipt of a letter from the defendant requesting copies of his presentence investigation report and the docket sheet. The docket sheet is a matter of public record; the presentence investigation report is not.

Presentence reports are judicial records subject to the common-law right of access, but are afforded extra protection by the courts to protect the traditional confidentiality of the personal information they contain. United States v. Corbitt, 879 F.2d 224, 236 (7th Cir. 1989). *See also* Smith v. United States District Court Officer, 203 F.3d 440, 441 (7th Cir. 2000). When judicial records are confidential, a party seeking disclosure "must make a specific showing of need for access to the document." United States v. Corbitt, 879 F.2d at 228. Pursuant to Fed. R. Crim. P. 32(e)(2), Mr. Sosa and his attorney were provided with a copy of the presentence investigation report prior to sentencing in 2001, and Mr. Sosa hasn't indicated why he needs another copy of the report.

Accordingly, the request for access to the presentence report [Doc. No.

45] is DENIED, and the request for a copy of the docket sheet is GRANTED. The Clerk is directed to send a copy of the docket sheet to Juan Sosa, at the following address: FMC Lexington, P.O. Box 14500, Lexington, KY 40512.

SO ORDERED.

ENTERED: __November 2, 2017__

/s/ Robert L. Miller, Jr.
Judge, United States District Court
Northern District of Indiana

cc: J. Sosa
 USPO